## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                   **JUDGMENT IN A CIVIL CASE**

**CHRISTOPHER LULL, ET AL.,**

                                                   CASE NO: **2:20−CV−01646−KJM−CKD**

          v.

**COUNTY OF SACRAMENTO, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/02/21**

                                                     **Keith Holland**
                                                     Clerk of Court

ENTERED:  **November 2, 2021**

                                        by: /s/ A. Benson
                                                 Deputy Clerk